1   BRUCE LOCKE (#177787)
    Moss & Locke
2   800 Howe Avenue, Suite 110
    Sacramento, CA 95825
3   (916) 569-0667
    (916) 569-0665 fax
4   Attorneys for
    VICTOR ALVARADO
5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )    No.  CR. S-11-054 GEB
                                      )
9                 Plaintiff,          )
                                      )
10                                    )    STIPULATION TO CONTINUE STATUS
                                      )    CONFERENCE AND EXCLUDE TIME
11       v.                           )    UNDER SPEEDY TRIAL ACT
                                      )
12  MICHAEL BOLDEN, et al.,           )
                                      )
13                Defendants.         )
    _____ )

14          IT IS HEREBY STIPULATED AND AGREED between the defendants, Michael Bolden,

15  Christopher Jackson, Victor Alvarado, Erica Arceo, and Nicholo Arceo, by and through their

16  undersigned defense counsel, and the United States of America by and through its counsel, Assistant

17  U.S. Attorney Matthew Segal, that the status conference presently set for January 13, 2012  at 9:00

18  a.m., should be continued to April 20, 2012 at 9:00 a.m., and that time under the Speedy Trial Act

19  should be excluded from January 13, 2012 through April 20, 2012.

20          The reason for the continuance is that the defendants need additional time to diligently

21  continue their investigation and preparation of the matter for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

22  There is substantial discovery and the issues are complicated. The government represents that its

23  evidence includes over one hundred interview memoranda and over fifteen boxes of documents.

24  Counsel for all parties met at the FBI on October 13, 2011 to view the evidence and develop a

25  reasonable plan for the defense to access the discovery and obtain copies, in a mutually agreeable

26  format, of what documents are relevant and discoverable.  The Government is in the process of

27  disclosing the discovery according to the plan and the defense intends to review and analyze it.

28

29                                          1

Accordingly, the time between January 13, 2012 and April 20, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Segal  and the undersigned defense counsel have authorized Mr. Locke to sign this pleading for them.


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
                                               BRUCE LOCKE
                                               Attorney for Victor Alvarado


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
                                               For DOUGLAS BEEVERS
                                               Attorney for Christopher Jackson


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
                                               For TIM WARRINER
                                               Attorney for Michael Bolden


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
                                               For MICHAEL CHASTAINE
                                               Attorney for Erica Arceo


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
                                               For JAY TONEY
                                               Attorney for Nicholo Arceo


DATED: January 10, 2012                        _____/S/ Bruce Locke_____
_____       For MATT SEGAL
                                               Attorney for the United States

        The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

        IT IS SO ORDERED.

Dated:  January 10, 2012


                                               _____
                                               GARLAND E. BURRELL, JR.
                                               United States District Judge

                                               2