BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHRISTOPHER JACKSON, ET AL<br><br>        Defendants. | CASE NO. 2:11-CR-54 TLN<br><br><br>ORDER TO EXCLUDE TIME |

On May 10, 2013 the Court held a status conference in this case and set a trial confirmation hearing for 9:30 a.m. on December 19, 2013 and jury trial to begin at 9:00 a.m. on January 13, 2014.  The Court orders that the time between May 9, 2013 and January 13, 2014 should be excluded from the calculation of time under the Speedy Trial Act.  The  ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, Defendants anticipate seeking, obtaining, and reviewing discovery from a separate criminal case that they contend is related and relevant to this one.  Time is

necessary for the Government to consider their request and then for the parties to proceed either with further discovery or litigation.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    May 15, 2013

_____
Troy L. Nunley
United States District Judge