Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MICHAEL BOLDEN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JACKSON, et al.,<br><br>                Defendants. | No. 2:11-CR-00054-TLN<br><br>**STIPULATION AND ORDER TO ADVANCE TRIAL CONFIRMATION HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Segal and Jared Dolan, Assistant United States Attorneys, attorneys for plaintiff; Douglas Beevers, attorney for defendant Christopher Jackson; Michael Hansen, attorney for defendant Michael Bolden; Clyde Blackmon, attorney for defendant Victor Alvarado; Michael Chastaine, attorney for defendant Erica Arceo; and J Toney, attorney for Nicholo Arceo, that the previously-scheduled trial confirmation hearing date of December 19, 2013, be vacated and the matter set for trial confirmation hearing on December 12, 2013, at 9:30 a.m.

This continuance is requested to allow counsel adequate time to prepare pretrial motions, and to accommodate attorneys' schedules.

The Government concurs with this request.

Time was previously excluded to January 13, 2014, pursuant to Local Codes T2 and T4.

1    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2    IT IS SO STIPULATED.

3   Dated:  October 10, 2013                    Respectfully submitted,

4                                                /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
5                                                Attorney for Defendant
                                                 MICHAEL BOLDEN
6
7   Dated:  October 10, 2013                    HEATHER E. WILLIAMS
                                                 Federal Defender

8                                                By: /s/ Michael E. Hansen for
                                                 DOUGLAS BEEVERS
9                                                Attorney for Defendant
                                                 CHRISTOPHER JACKSON
10
11  Dated:  October 10, 2013                    /s/ Michael E. Hansen for
                                                 CLYDE BLACKMON
                                                 Attorney for Defendant
12                                               VICTOR ALVARADO

13  Dated:  October 10, 2013                    /s/ Michael E. Hansen for
                                                 MICHAEL CHASTAINE
14                                               Attorney for Defendant
                                                 ERICA ARCEO
15
16  Dated:  October 10, 2013                    /s/ Michael E. Hansen for
                                                 J TONEY
                                                 Attorney for Defendant
17                                               NICHOLO ARCEO

18  Dated:  October 10, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
19
20                                               By:  /s/ Michael E. Hansen for
                                                 MATTHEW SEGAL
                                                 Assistant U.S. Attorney
21                                               Attorney for Plaintiff

22                                               By:  /s/ Michael E. Hansen for
                                                 JARED DOLAN
23                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff

24  / /

25  / /

26  / /

27  / /

28  / /

**Stipulation and Order to Advance Trial Confirmation Hearing**

**ORDER**

Time having been previously excluded to January 13, 2014 (trial date), the Court orders that the December 19, 2013, trial confirmation hearing shall be advanced to December 12, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 11, 2013

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Advance Trial Confirmation Hearing**