1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845

4  Attorneys for Defendant
   VICTOR ALVARADO

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0054 GEB
12 |         Plaintiff,        |
                               | STIPULATION AND [PROPOSED]
13 |     vs.                   | ORDER TERMINATING PRETRIAL
                               | SERVICES SUPERVISION
14 | VICTOR ALVARADO,          |
15 |         Defendant.        |

16

17     The United States of America, through its counsel Matthew
18 D. Segal, and defendant Victor Alvarado, through his counsel
19 Clyde M. Blackmon, upon the recommendation of Pretrial Services
20 due to his record of compliance, stipulate that Pretrial
21 Services supervision of Victor Alvarado shall be terminated.  It
22 is understood by the parties that the unsecured bond previously
23 posted by Victor Alvarado to secure his bail shall remain in
24 effect and that the United States passport heretofore
25 surrendered by Victor Alvarado shall remain in the custody of
26 the Court.
27 /////
28

1    It is so stipulated.

2    DATED:    June 4, 2014            By: //s// Clyde M. Blackmon for
3                                              Matthew D. Segal,
                                               Assistant U.S. Attorney
4
                                         ROTHSCHILD WISHEK & SANDS LLP
5
     DATED:    June 4, 2014            By: _//s// Clyde M. Blackmon___
6                                              CLYDE M. BLACKMON
                                               Attorneys for Defendant
7                                              Victor Alvarado

8

9                            **[PROPOSED] ORDER**

10   GOOD CAUSE APPEARING upon the stipulation of the parties it
11   is ordered that Pretrial Services supervision of Victor Alvarado
12   is hereby terminated.  The unsecured bond previously posted by
13   Victor Alvarado to secure his bail shall remain in effect and
14   the United States passport heretofore surrendered by Victor
15   Alvarado shall remain in the Court's custody.

16        IT IS SO ORDERED.

17   DATED:   June 4, 2014.

18                                    _____
                                      EDMUND F. BRENNAN
19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER TERMINATING PRETRIAL SERVICES SUPERVISION