1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845

4  Attorneys for Defendant
   VICTOR ALVARADO

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0054 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION TO CORRECT PRESENTENCE INVESTIGATION REPORT |
| vs. | |
| VICTOR ALVARADO, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Jared Dolan, and Victor Alvarado, Through his counsel Clyde M. Blackmon, stipulate that the defense Motion to Correct the Presentence Investigation Report ("PSR") in this matter, which is due to be filed on August 1, 2014, may be filed on August 8, 2014.

The schedule established by the Court called for the PSR to be filed with the Court and disclosed to counsel no later than July 25, 2014.  However, the PSR was not filed until July 28, 2014.  Due to the complexities of the issues which need to be

- 1 -

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION TO CORRECT
PRESENTENCE INVESTIGATION REPORT

1  addressed, and the press of other business, counsel for Mr.
2  Alvarado will not be able to file his Motion to Correct the PSR
3  by August 1, 2014.
4      Sentencing for Mr. Alvarado, as well the sentencing for
5  codefendants Michael Bolden and Christopher Jackson, is set for
6  August 15, 2014.  The parties understand, however, that the
7  probation officers preparing the PSRs for Mr. Bolden and Mr.
8  Jackson will not have those reports finished in time for the
9  sentencing to go forward on August 15. Therefore, the parties
10 anticipate that sometime during the week of August 3 the Court
11 will be requested to continue the sentencing of all three
12 defendants and change the August 15 date to a status conference
13 at which a new sentencing date will be selected and a schedule
14 established for filing objections and corrections pertaining to
15 the PSRs. Postponing the date for the filing of Mr. Alvarado's
16 motion will afford the parties additional time to determine, in
17 consultation with the probation officers, a new sentencing date
18     For these reasons the parties stipulate that Mr. Alvarado's
19 Motion to Correct the PSR may be filed on August 8, 2014, rather
20 than on August 1, 2014.
21     It is so stipulated.

DATED:    July 31, 2014        By: //s// Clyde M. Blackmon for
                                   Jared Dolan,
                                   Assistant U.S. Attorney


                               ROTHSCHILD WISHEK & SANDS LLP
DATED:    July 31, 2014        By:  //s// Clyde M. Blackmon
                                   CLYDE M. BLACKMON
                                   Attorneys for Defendant
                                   Victor Alvarado

- 2 -

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION TO CORRECT
PRESENTENCE INVESTIGATION REPORT

|    |                                                                           |
|----|---------------------------------------------------------------------------|
| 1  | **ORDER**                                                                 |
| 2  | GOOD CAUSE APPEARING upon the stipulation of the parties it               |
| 3  | is ordered that the defense Motion to Correct the Presentence             |
| 4  | Investigation Report in this matter may be filed on August 8,             |
| 5  | 2014.                                                                     |
| 6  | IT IS SO ORDERED.                                                         |
| 7  |                                                                           |
| 8  | Dated: August 1, 2014                                                     |

Troy L. Nunley
United States District Judge

- 3 -

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE MOTION TO CORRECT
PRESENTENCE INVESTIGATION REPORT