1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:11-CR-0054 TLN

12              Plaintiff,             STIPULATION CONTINUING RESTITUTION
                                       HEARING TO NOVEMBER 20, 2014; ORDER
13       v.
                                       DATE: November 13, 2014
14 MICHAEL BOLDEN, ET AL                TIME: 9:30 a.m.
                                       COURT: Hon. Troy L. Nunley
                Defendants.
15

16                                  **STIPULATION**

17       1.    By previous order, this matter was set for a restitution hearing on November 13, 2014.

18       2.    By this stipulation, the parties now move to continue the restitution hearing until

19 November 20, 2014. The government is in the process of creating a proposed stipulation setting the

20 amount of restitution for each defendant. The government expects to submit that stipulation to defense

21 counsel by the end of the week. If accepted, the stipulation would obviate the need for a hearing.

22       3.    Accordingly, the parties request that the restitution hearing be continued to November 20,

23 2014.

24       IT IS SO STIPULATED.

25

26

27

28

STIPULATION RE: RESTITUTION HEARING; FINDINGS         1
AND ORDER

Dated:  November 12, 2014				BENJAMIN B. WAGNER
						United States Attorney


						/s/ JARED C. DOLAN
						JARED C. DOLAN
						Assistant United States Attorney


Dated:  November 12, 2014				/s/ Michael Hansen
						MICHAEL HANSEN
						Counsel for Defendant
						MICHAEL BOLDEN


Dated:  November 12, 2014				/s/ Douglas Beevers
						DOUGLAS BEEVERS
						Counsel for Defendant
						CHRISTOPHER JACKSON


Dated:  November 12, 2014				/s/ Clyde Blackmon
						CLYDE BLACKMON
						Counsel for Defendant
						VICTOR ALVARADO


Dated:  November 12, 2014				/s/ J Toney
						J. TONEY
						Counsel for Defendant
						NICHOLO ARCEO


Dated:  November 12, 2014				/s/ Anthony Williams
						ANTHONY WILLIAMS
						Counsel for Defendant
						ERICA ARCEO


**FINDINGS AND ORDER**

   IT IS SO FOUND AND ORDERED this 12th day of November, 2014.



						Troy L. Nunley
						United States District Judge

STIPULATION RE: RESTITUTION HEARING; FINDINGS AND ORDER        2