BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOLDEN, ET AL<br><br>Defendants. | CASE NO. 2:11-CR-0054 TLN<br><br>STIPULATION CONTINUING RESTITUTION HEARING TO DECEMBER 4, 2014;  ORDER<br><br>DATE: November 20, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1. By previous order, this matter was set for a restitution hearing on November 20, 2014.

2. By this stipulation, the parties now move to continue the restitution hearing until December 4, 2014. The government has submitted proposed restitution figures to the defendants settting the amount of restitution for each defendant. The parties anticipate continuing to work together in an attempt to reach a final stipulation as to the amount of restitution to be ordered in this case. If accepted, the stipulation would obviate the need for a hearing.

3. Accordingly, the parties request that the restitution hearing be continued to December 4, 2014.

IT IS SO STIPULATED.

STIPULATION RE: RESTITUTION HEARING; FINDINGS AND ORDER

1

| | |
|---|---|
| Dated: November 19, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ JARED C. DOLAN<br>JARED C. DOLAN<br>Assistant United States Attorney |
| Dated: November 19, 2014 | /s/ Michael Hansen<br>MICHAEL HANSEN<br>Counsel for Defendant<br>MICHAEL BOLDEN |
| Dated: November 19, 2014 | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>CHRISTOPHER JACKSON |
| Dated: November 19, 2014 | /s/ Clyde Blackmon<br>CLYDE BLACKMON<br>Counsel for Defendant<br>VICTOR ALVARADO |
| Dated: November 19, 2014 | /s/ J Toney<br>J. TONEY<br>Counsel for Defendant<br>NICHOLO ARCEO |
| Dated: November 19, 2014 | /s/ Anthony Williams<br>ANTHONY WILLIAMS<br>Counsel for Defendant<br>ERICA ARCEO |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2014.

_____
Troy L. Nunley
United States District Judge