BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOLDEN, ET AL<br><br>Defendants. | CASE NO. 2:11-CR-0054 TLN<br><br>STIPULATION CONTINUING RESTITUTION HEARING TO DECEMBER 11, 2014; FINDINGS AND ORDER<br><br>DATE: December 4, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for a restitution hearing on December 4, 2014.

2.   By this stipulation, the parties now move to continue the restitution hearing until December 11, 2014, at 9:30 a.m.  The government has submitted proposed restitution figures to the defendants settting the amount of restitution for each defendant.  The parties anticipate continuing to work together in an attempt to reach a final stipulation as to the amount of restitution to be ordered in this case.  If accepted, the stipulation would obviate the need for a hearing.

3.   Accordingly, the parties request that the restitution hearing be continued to December 11, 2014.

IT IS SO STIPULATED.

Dated: December 2, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ JARED C. DOLAN
JARED C. DOLAN
Assistant United States Attorney

Dated: December 2, 2014

/s/ Michael Hansen
MICHAEL HANSEN
Counsel for Defendant
MICHAEL BOLDEN

Dated: December 2, 2014

/s/ Douglas Beevers
DOUGLAS BEEVERS
Counsel for Defendant
CHRISTOPHER JACKSON

Dated: December 2, 2014

/s/ Clyde Blackmon
CLYDE BLACKMON
Counsel for Defendant
VICTOR ALVARADO

Dated: December 2, 2014

/s/ J Toney
J. TONEY
Counsel for Defendant
NICHOLO ARCEO

Dated: December 2, 2014

/s/ Anthony Williams
ANTHONY WILLIAMS
Counsel for Defendant
ERICA ARCEO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2014.

[signature]

Troy L. Nunley
United States District Judge