# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:11-cr-0054 TLN CKD |
| Respondent, | |
| v. | ORDER |
| CHRISTOPHER JACKSON, | |
| Movant. | |

Respondent has requested an extension of time to file a response to movant's motion for habeas corpus relief under 28 U.S.C. § 2255. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 368) is granted; and
2. Respondent shall file a response to the § 2255 motion by July 6, 2018.

Dated: May 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
jack0054.111