McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-054 TLN |
| --- | --- |
| Plaintiff, | 2:11-CR-171 TLN |
| v. | |
| MICHAEL BOLDEN, ET AL., | ORDER TO DISTRIBUTE RESTITUTION ACCORDING TO CORRECTED SUMS |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| GARRY BRADFORD, | |
| Defendant | |

Upon application of the United States and for the reasons set forth in the application, the Court hereby orders the Clerk to distribute restitution in these cases by reducing in its internal tracking system each below-listed victim's amount owed by approximately .5926%, in order to allow the distribution of funds notwithstanding an arithmetical error in the restitution component of each of the judgments in *United States v. Bolden, et al.* (2:11-cr-54 TLN).

The pro-rata reduced amounts that the Clerk shall enter into its tracking system are as follows:

Ord. To Distr. Rest'n
According to Corr'd Sums

1

| | | |
|---|---|---|
| Darlyne | Andrus | $122,271.10 |
| Patricia & Fred | Arnold | $110,473.16 |
| Robert B. | Ayala Jr. | $17,396.30 |
| Ramona | Ayala | $3,976.30 |
| Mildred E | Baker | $9,940.74 |
| Gregory | Barney | $30,902.17 |
| James & Annie | Battle | $141,158.51 |
| Mae | Bell | $271,075.19 |
| Johnnie | Benjamin | $24,851.85 |
| Wendy | Bolden | $120,038.69 |
| Lisa | Bradford | $7,533.09 |
| Steven | Brazis | $460,678.74 |
| Debra | Brown | $62,908.61 |
| Shirley | Brown | $5,463.29 |
| Anthony | Bryant | $9,448.04 |
| Donald | Cade | $91,454.81 |
| Jacquelyn | Covington | $166,944.79 |
| Laurence E | Crichton | $159,120.13 |
| Jacqueline | Day | $82,821.28 |
| Lawrence | Dea | $99,664.44 |
| Carlos | DeLeon | $212,456.36 |
| Nathalie M | Delerme | $17,893.33 |
| Lisa | Dixon | $103,980.14 |
| Maria | Drummond | $167,401.82 |
| Bart | Ferguson | $80,072.66 |
| Anna | Fisher | $497.04 |
| Maria | Friedmand | $39,762.96 |

| | | |
|---|---|---|
| Leroy | Gambrell | $1,460,366.16 |
| Juan & Maria | Granados | $34,792.59 |
| Caroline | Gray-Klahr | $214,222.95 |
| Mary L | Greer | $155,572.58 |
| Norma | Guerrero | $8,250.81 |
| Joel | Guitron | $24,851.85 |
| Benicia | Gulley | $2,982.22 |
| Grace | Gutierrez | $184,260.12 |
| Sandra | Hannum | $25,836.83 |
| Bonnie | Harding | $241,833.35 |
| Vincent | Harris | $44,425.19 |
| Jeffrey | Heinsohn | $262,435.54 |
| Vicki Arlene | Herrera | $68,871.01 |
| Joyce | Herron | $99,407.40 |
| Dontrell | Hewlett | $9,940.74 |
| Oliver | Hollington | $97,104.13 |
| Todd | Howe | $18,968.47 |
| Helen | Ing | $104,377.77 |
| Lawrence W. | Jackson Ing | $193,645.62 |
| Jeff | James | $149,111.10 |
| Ron & Valerie | Jenanyan | $253,955.87 |
| Gregg | Jerue | $491,054.79 |
| Beverly | Johnson | $48,236.91 |
| Katrina | Jones | $86,981.48 |
| Willie | Keyes | $92,160.74 |
| Patti | Knott | $26,840.00 |
| Linda | Krugman | $117,747.57 |

Ord. To Distr. Rest'n
According to Corr'd Sums

3

| | | |
|---|---|---|
| Pete | Lara | $52,188.89 |
| W. Michael | Laroche | $49,703.70 |
| Peter Sandra | Leis | $154,400.46 |
| Jerry Ray | Lemon Sr | $269,273.77 |
| Ruben | Lewis | $49,703.70 |
| Mary | Llewellyn | $24,851.85 |
| Ethelda & Antonio | Lopez | $463,372.68 |
| Lloyd | Madden | $106,228.57 |
| Maria | Mares | $74,555.55 |
| David | Martin | $109,348.14 |
| Jesus | Martinez | $49,703.70 |
| Yolanda & Rafeal | Martinez | $49,703.70 |
| Sheila | Matthews | $139,602.40 |
| Fannie | Mcbride | $96,922.22 |
| Vera | McClain | $34,792.59 |
| Carolyn and Roy | McFadden | $1,419,841.97 |
| Bernadine & Robert | McGee | $242,769.47 |
| Benjamin Layton | McIntyre Jr | $126,206.06 |
| Gregory | McKeag | $49,663.94 |
| Michael & Linda | Melody | $64,736.02 |
| Maria Paula | Metz | $290,269.61 |
| Jennifer | Meyers | $89,466.66 |
| John | Moltzner | $243,488.97 |
| King | Morris | $119,288.88 |
| Laercio | Mota | $942,482.44 |
| Phong (Peter) | Nguyen | $79,028.88 |
| Catherine | Nystrom | $51,477.13 |

Ord. To Distr. Rest'n According to Corr'd Sums

4

| | | |
|---|---|---|
| Jon | Nystrom | $36,243.94 |
| Francisco | Ochoa | $99,307.99 |
| Elizabeth | Ortega | $330,256.23 |
| Donald | Parker | $81,514.07 |
| Don | Pendley | $62,460.97 |
| Rheuhama | Porter | $30,070.75 |
| Fred | Pree | $5,358.06 |
| Martha | Pree | $385,614.65 |
| Dennis | Ransdell | $134,199.99 |
| William & Darlene | Record | $6,759.70 |
| Keshia | Redmond | $29,325.18 |
| Sarah | Richley | $184,897.76 |
| Shaqwita | Rodriguez | $3,479.26 |
| Debra | Rollins | $20,875.55 |
| Shari White | Romo | $111,235.94 |
| Lozelle | Ross | $1,096.10 |
| Willie | Rucker Jr. | $6,960.39 |
| Marcia | Rudnick | $178,933.32 |
| Jen and Ernest | Ruiz | $327,547.38 |
| Nai | Saetern | $38,180.77 |
| Rico | Salabarria | $49,703.70 |
| Denise | Schubauer (Anderson) | $99,407.40 |
| SF Peninsula Capital LLC | | $248,518.50 |
| Deborah | Simpson | $328,891.37 |
| Sonya | Sims | $46,209.78 |
| Joyce | Sneed | $49,703.70 |
| Lois | Snell | $1,989,837.20 |

Ord. To Distr. Rest'n According to Corr'd Sums

5

| First | Last | Amount |
|---|---|---|
| Florence | Spruill | $11,777.34 |
| Del Richard | Stanback | $62,626.66 |
| Wanda | Stephenson | $302,165.69 |
| Charles A | Stevens | $109,348.14 |
| Robert | Talmadge | $89,052.75 |
| Carolyn | Tate | $48,908.44 |
| Ron | Tatum | $44,920.41 |
| Sandra | Van Koetsveld | $526,859.22 |
| Diana | Vincent | $235,060.31 |
| Nellie | Walker | $173,454.90 |
| Suzanne | Walker | $29,822.22 |
| Dorothy | White | $77,624.68 |
| Karol | Widemon | $198,941.18 |
| Carolyn | Wilson | $286,824.16 |
| Darius | Wright | $20,875.55 |
| Johnnie | Wright | $67,597.03 |
| Lynda | Wright | $81,741.19 |
| David | Yang | $9,940.74 |
| Mamie | Yee | $67,348.02 |

This order affects only the entries in the Clerk's internal tracking system and amends no judgment. The Clerk shall notify the Government and the Court if any victim ever receives the full amount set forth herein.

SO ORDERED.

DATED: September 21, 2020

_____
Troy L. Nunley
United States District Judge