PHILLIP A. TALBERT
United States Attorney
MATTHEW C. THUESEN
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>         v.<br><br>CHRISTOPHER JACKSON,<br><br>                    Movant. | CASE NO. 2:11-CR-00054-TLN-CKD<br><br>ORDER PARTIALLY UNSEALING DOCUMENTS FOR PURPOSES OF THE MARCH 8, 2023, EVIDENTIARY HEARING |

The United States moves to partially unseal documents from the Office of the Federal Defender's file, ECF Nos. 363 and 367, for use at the March 8, 2023 evidentiary hearing on Movant's 28 U.S.C. § 2255 motion. Defense counsel joins in the request.

Pursuant to Local Rule 141(f) and based upon the representation contained in the government's Request to Partially Unseal (ECF No. 425), IT IS HEREBY ORDERED that the government's motion is GRANTED, and the government may use the documents listed in ECF No. 425 in open court at the evidentiary hearing on March 8, 2023.

It is further ordered that ECF Nos. 363 and 367 shall remain sealed on the public docket.

Dated: March 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE